FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JUN -6 PM 3:56
CLERK _____
SO. DIST. OF GA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:13-po-167, James |
| | ) | 1:13-cr-206, Jackson |
| MOTION TO DISMISS | ) | 1:14-cr-110, Johnson |

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned cases. The Court finds a basis for the dismissals. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motions are **GRANTED**.

SO ORDERED this 6th day of June, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GA

1